## Commonwealth *v.* Schreiber, Appellant.

Argued March 12, 1973. *John B. Mancke,* with him *Meyers & Desfor,* for appellant; *C. Grainger Bowman,* Deputy District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.